William L. BARKER et al., Appellants,

v.

Theodore LAPPAS et al., Appellees.

Court of Appeals of Kentucky.

March 3, 1967.

---

264

erred in permitting the amended complaint to be filed.

 Since no briefs were filed for appellants their appeal is dismissed. RCA 1.260(b).

■ Since the issue presented by the cross-appeal is now moot, that appeal is also dismissed.

All concur.

Paul R. Huddleston, Bowling Green, for appellants.

Davis Williams, Munfordville, Morris Butler, Greensburg, for cross-appellants.

Woolsey M. Caye, Tilford & Dobbins, Louisville, Davis Williams, Munfordville, Morris Butler, Greensburg, for appellees.

Paul R. Huddleston, Bowling Green, Woolsey M. Caye, Louisville, for cross-appellees.

MILLIKEN, Judge.

This action stems from the decision rendered by this Court involving the same parties in Lappas et al. v. Barker et al., Ky., 375 S.W.2d 248 (1963).

After the trial court entered a judgment as directed by this Court, appellants—William L. Barker, Milton R. Barker, and Everett Pope—filed a motion in that court for leave to file an amended complaint. Over objection leave was granted and an amended complaint was filed. The trial court then subsequently dismissed the amended complaint. Appeal was taken to this Court, and appellees—Delmous Craighead and James E. Smith—filed a cross-appeal on the grounds that the trial court